IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT ROMEO, | : | CIVIL ACTION NO. **3:CV-15-2136** |
| Plaintiff | : | (Judge Conaboy) |
| v. | : | (Magistrate Judge Saporito) |
| SIMM ASSOCIATES, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 21st day of January, 2016, **IT IS HEREBY ORDERED THAT** the settlement conference scheduled for Monday, January 25, 2016 at 10:00 a.m. is **RESCHEDULED** to **Tuesday, January 26, 2016 at 10:00 a.m.** in Chambers.

*/s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

**Dated:** January 21, 2016

FILED
WILKES BARRE
JAN 21 2016
Per ___ ms ___