# EXHIBIT D

Affidavit of Carlo Sabatini, Esq. (with time sheets)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Scott Romeo,<br>     Plaintiff | Docket 3:15-cv-02136-RPC |
| | (JUDGE RICHARD P. CONABOY) |
| v. | (MAGISTRATE JUDGE JOSEPH F. SAPORITO) |
| SIMM Associates, Inc.,<br>     Defendant | FILED ELECTRONICALLY |

**DECLARATION OF CARLO SABATINI**

1.     I, Carlo Sabatini, am counsel for the plaintiff in this case, and I submit this declaration to support the hourly rates that are being sought in this matter.

*Qualifications*

2.     I am a member in good standing of the bars of the following courts: Supreme Court of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania, United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

3.     I have been a lawyer since 1999, the year that I graduated *magna cum laude* from Widener University School of Law - Harrisburg. I was ranked second in my class of 118 students. In 1992 I graduated from Bucknell University with a Bachelor of Science degree.

4.      I am a contributing author to *Pennsylvania Consumer Law* by Carolyn Carter, Bisel Publishing Co., 2003, Supp. 2015. This is the leading legal treatise on Pennsylvania consumer law issues.

5.      I have been selected by the Super Lawyers rating service in 2015 and 2016. This service selects no more than five percent of Pennsylvania lawyers "who have attained a high degree of peer recognition and professional achievement."[1]

6.      I am also a member of the National Association of Consumer Advocates (NACA), an association devoted to the protection of consumers. NACA has a website on which its members can offer to represent individuals in cases in various areas of the law. My firm has the only attorneys in Northeast Pennsylvania who appears on NACA's website as offering to represent individuals in cases involving abusive debt collection practices.[2]

7.      I have taught continuing legal education courses on the Fair Debt Collections Practices Act, the Real Estate Settlement Procedures Act, and the Bankruptcy Code. I have also appeared on television to discuss consumer law.

8.      My firm has filed several hundred cases asserting violations of the bankruptcy laws or various consumer protection statutes. I have tried some of those non-bankruptcy cases to jury. I believe that competent litigation under the FDCPA requires significant experience. The FDCPA is "a comprehensive and complex

---

[1] http://www.superlawyers.com/about (last visited February 8, 2016).
[2] http://www.consumeradvocates.org/find-attorney (last visited February 8, 2016).

federal statute . . . ." *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA,* *559 U.S. 573, 587 (2010)*.

9.    I am a member of the Federal Bar Association, the Middle District Bankruptcy Bar Association, the Lackawanna County Bar Association, the Wilkes-Barre Law and Library Association, and the National Association of Consumer Bankruptcy Attorneys.

10.    Since I became an attorney, my firm's practice has been limited almost exclusively to matters involving consumer protection statutes or the bankruptcy code.

11.    I have been co-counsel of record in the following successful appellate cases involving important consumer issues of first impression: *Gager v. Dell Fin. Servs.*, 727 F.3d 265 (3d Cir. 2013); *Evankavitch v. Green Tree Servicing, LLC*, 793 F.3d 355 (3d Cir. 2015).

12.    I have been appointed as co-counsel for certified classes of consumers in FDCPA cases. *Richards v. Client Services, Inc.*, 2015 WL 5836274, *2 (M.D. Pa. October 5, 2015); *Blandina v. Midland Funding, LLC*, 303 F.R.D. 245, 254 (E.D. Pa. 2014); *Dorrance v. ARS National Services, Inc.*, 12-2502, Doc. 31 (M.D. Pa. September 26, 2014).

*Evidence of Hourly Rates*

<u>Rate of Carlo Sabatini</u>

13.     Though some of the time spent in this litigation was performed in 2015, I am entitled to use my current rate for all time spent because the "current market rate" to be used when deciding a fee award "is the rate at the time of the fee petition, not the rate at the time that the services were performed." *Lanni v. New Jersey*, [259 F.3d 146, 149](#) (3d. Cir. 2001). I have billed for the services rendered in this case at my standard 2016 hourly rate of $375.00 per hour. This rate has been in effect since January 1, 2016 and is the rate that I charge clients who are paying for my services on a non-fee-shifting basis.[3]

14.     This rate is consistent with the prevailing market rates in the relevant community for consumer rights litigation work and for bankruptcy work of similar skill level and experience.[4]

---

[3] However, when I increased my rates effective at the beginning of this year, there were a few clients who remained "grandfathered" at older rates. Generally, those clients have confirmed Chapter 13 bankruptcy cases nearing plan completion where I expect little additional work to be done on the file. I decided that for some of these cases it would not be worth discomforting the client with a notice of a new, higher rate. However, for those older cases where I expect to expend significant additional time, I have continued to adjust the rates each year to conform to the standard rate.

[4] Judges in this district have held that the "relevant community" includes the entire Middle District and Eastern District of Pennsylvania. *See e.g., [Valenti v. Allstate Ins. Co., 243 F.Supp.2d 200, 207 (M.D. Pa 2003)](#)*, where Judge Mannion held "that the 'relevant community' for the purpose of determining billing rates in [a] bad faith claim includes not only Northeastern Pennsylvania, but at least, the entire

15.    In fact, the current rate is at *below* the low end of the appropriate local market rate. I have been an attorney for over 16 years. The Community Legal Services Fee Schedule indicates that an appropriate rate for attorneys with 16 to 20 years of experience is from $435.00 - $505.00. http://clsphila.org/about-cls/attorney-fees.[5] Thus, my rate is substantially less than the minimum stated reasonable fee.

16.    The Community Legal Services Fee schedule has been approvingly cited by the Third Circuit with respect to rates in Philadelphia. *See Maldonado v. Houstoun*, 256 F.3d 181, 187 (3d Cir. 2001).[6]

---

Middle District and Eastern District of Pennsylvania." In reaching this holding, the court mentioned its "experience in often seeing counsel from the Eastern District of Pennsylvania practicing in both federal and local courts within the Middle District of Pennsylvania." *Id.*

[5] A copy of the current Community Legal Services Fee Schedule is attached hereto as Exhibit 1.

[6] The rates listed in the fee schedule have been updated a number of times since the *Maldonado* decision. In *Paulus ex rel. P.F.V. v. Cordero*, No. 3:12-CV-986, 2013 WL 432769, at *8 (M.D. Pa. Feb. 1, 2013), Judge Caputo cited to *Valenti* and *Maldonado*, and then applied the Community Legal Services Fee Schedule to set appropriate rates. *See also*, *Brown v. TrueBlue, Inc.*, No. 1:10-CV-00514, 2013 WL 5947499, at *3 (M.D. Pa. Nov. 5, 2013)(Kane, J. setting hourly rates after reference to the Community legal Services Fee Schedule); *Stockport Mountain Corp., LLC v. Norcross Wildlife Found., Inc.*, No. 3:11CV514, 2014 WL 131604, at *4 (M.D. Pa. Jan. 13, 2014)(Munley, J., same); *Benjamin v. Dep't of Pub. Welfare of Com. of Pennsylvania*, No. 1:09-CV-1182, 2014 WL 4793736, at *8 (M.D. Pa. Sept. 25, 2014)(Jones, J)(approving rates after stating that "[w]hile the hourly rates charged may be somewhat higher than the typical rate here in the Middle District, the rates are in step with those prescribed as reasonable under

17.    The rate that is being sought is similar to rates that are charged by other attorneys in the relevant community who perform hourly services on a contingent basis. Where an attorney is only being paid his hourly rate if he prevails, then he tends to charge a higher hourly fee. "[I]t is a fact of the market that an attorney who is paid only when his client prevails will tend to charge a higher fee than one who is paid regardless of outcome, and relevant professional standards long have recognized that this practice is reasonable." *City of Burlington v. Dague*, 505 U.S. 557, 567 (U.S. 1992)(citing R. Posner, Economic Analysis of Law § 21.9, pp. 534-535 (3d ed. 1986)).

18.    A bankruptcy court's approval of an hourly rate is especially relevant, given that court's responsibility to independently review fee requests, even in the absence of any objection. *See, In re Busy Beaver Building Centers, Inc.,* 19 F.3d 833, 841 (3d Cir. 1994).

19.    My 2015, 2014, 2013 and 2012 hourly rates have been approved by each of the bankruptcy judges in this district who have had an opportunity to review them.

20.    For 2015, my standard rate was $350.00 per hour.

---

the Community Legal Services fee schedule (Doc. 348–8, p. 20, 21), which courts in our District have deemed instructive.")

a.      On July 23, 2015 Bankruptcy Judge John J. Thomas, conducted a contested hearing on fees for plaintiffs who had asserted violations of the bankruptcy automatic stay. At the conclusion of the hearing, the court issued a bench decision awarding the plaintiffs the "full amount requested." *See Reed et al., v. Heller's Gas, Inc.*, 5:13-ap-00207-JJT, Doc. 73, p.1 (Bankr. M.D. Pa. January 7, 2016). However, the written order that was entered four days later omitted $7,395.00 for time spent litigating the issue of fees. *Id.* Plaintiffs filed a motion for reconsideration, and on January 7, 2016 the court issued an opinion and order granting the reconsideration, and awarding an additional $7,395.00 for a total of $46,359.68. *Id. at* Doc. 73 and 74. The application included time sought at the 2015 rate of $350.00 per hour.[7]

b.      On March 6, 2015 Bankruptcy Judge Robert N. Opel, II approved an application for fees for bankruptcy services performed in *In re Richmond*, 5:14-bk-02225-RNO, Doc. 52 and 55. The application included some time charged at the rate of $350.00 per hour.

21.   For 2015, my standard rate was $350.00 per hour. On October 5, 2015, Judge Caputo approved this rate in *Richards v. Client Services, Inc.*, 2015

---

[7] Though the defendant vigorously opposed the fee application on several bases, and requested a downward departure of 75% from the lodestar, the defendant did stipulate to the reasonableness of the rates requested.

WL 5836274, *3 (M.D. Pa. October 5, 2015) (also see the court docket Doc. 28, page 21 where the hourly rate sought was $350.00).

22.  For 2014, my standard rate was $325.00 per hour.

a.  On March 21, 2014, Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Mackrell*, 5:10-bk-08100-RNO, Doc. 69. The approval was for anticipated services to be performed in a case asserting violations of the FDCPA and the Bankruptcy Code.

b.  On April 21, 2014, Bankruptcy Judge John J. Thomas approved this rate in *In re Ramos*, 5:11-bk-01583-JJT, Doc 61 and 66. The approval was for bankruptcy services.

c.  On July 25, 2014, Bankruptcy Judge John J. Thomas again approved this rate in *In re Black*, 5:12-bk-06249-JJT, Doc. 49 and 50. The approval was for bankruptcy services.

23.  For 2013, my standard rate was $315.00 per hour.

a.  On July 11, 2013 Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Wolfe*, 5:13-bk-00968-RNO, Doc. 21 and 22. The approval was for anticipated litigation services.

b.  On May 30, 2013, Bankruptcy Judge John J. Thomas approved the 2013 rate in *In re Bauer*, 5:12-bk-07246-JJT, Doc. 53 and 56. The approval was for anticipated litigation services.

24.   For 2012, my standard rate was $300.00 per hour.

a.   Bankruptcy Judge John J. Thomas approved this rate after a contested hearing held on December 19, 2012 in *Grochowski v. Commonwealth Financial Systems, Inc., et al.*, Bankruptcy Court Docket 5:11-ap-00223. Judge Thomas issued an order (Doc. 45) awarding fees and costs of $29,782.77 over the Defendants' objection to the hourly rate and to the time spent. This fee award was the full amount of the statement that had been filed with the Court (Doc. 40-2). The statement included time billed in 2012 at the rate of $300.00 per hour.

b.   On September 26, 2012, Bankruptcy Judge John J. Thomas approved this rate for bankruptcy services performed in *In re Sitar*, 5:08-bk-51801-JJT, Doc. 90 and 91.

c.   On March 27, 2012, Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Mackrell*, 5:10-bk-08100-RNO, Doc. 36 and 37. The approval was for anticipated litigation services.

25.   My rates have also been reviewed by a number of District Judges.

26.   Judge James M. Munley approved a requested rate of $315.00 for a total fee and cost award of $86,351.94 (of a requested $93,764.79) in an individual FDCPA case where a jury had awarded an underlying recovery of $1,000.00 in statutory damages. *Evankavitch v. Green Tree Servicing, LLC*, 2014 WL 4437645 (M.D. Pa. Sept. 9, 2014).

27.     Judge William J. Nealon approved a rate of $300.00 for a total fee and cost award of $24,938.21 (of a requested $26,945.66) in an individual FDCPA case where there had been an underlying recovery of $1,000.00 in statutory damages. *Lukawski v. Client Services, Inc.*, 2013 WL 6154544 (M.D. Pa. Nov. 22, 2013).

28.     In 2010, I represented a plaintiff in an individual FDCPA case. Judge Thomas I. Vanaskie granted plaintiff summary judgment as to liability, and pursuant to a previous stipulation with the parties, he awarded the Plaintiff $1,000.00 in statutory damages. *Gryzbowski v. I.C. Sys., Inc.*, 691 F. Supp. 2d 618, 624 (M.D. Pa. 2010). Magistrate Judge William T. Prince issued a Report and Recommendation on Plaintiff's contested fee application recommending that the entire amount of the $23,419.54 fee request be approved. *Gryzbowski v. I.C. Sys., Inc.*, 2010 WL 2507516 (M.D. Pa. May 24, 2010). Judge Vanaskie adopted the Report and Recommendation. 2010 WL 2470853 (M.D. Pa. June 15, 2010). The rate that was approved in that case was $275.00 per hour.

29.     The rate of $275.00 per hour was approved by Judge James M. Munley on December 21, 2009 in the case of *Moses v. The Law Office of Harrison Ross Byck, Esq., P.C., et al.*, 3:08-cv-01939-JMM (M.D. Pa. 2008)(Dkt. Entry 43). The total fee was $24,994.00 in an individual case where there had been an underlying recovery of $1,000.00.

30.    The rate of $275.00 per hour was approved by Judge A. Richard Caputo on September 24, 2008 in the case of *Galuska v. Collectors Training Institute of Illinois*, 3:07-cv-02044-ARC (M.D. Pa. 2008)(Dkt. Entry 33).

31.    The rates that I have charged for the other professionals in my firm are within the range of the prevailing market rates in the community.

Rate of Kristin Sabatini

32.    Kristin Sabatini is a member in good standing of the bars of the Supreme Court of Pennsylvania and of the United States District Court for the Middle District of Pennsylvania. She has been a lawyer since 2005, the year that she graduated from Widener University School of Law - Harrisburg. In 2000 she graduated from Rutgers University.

33.    Attorney Sabatini is a member of the National Association of Consumer Advocates (NACA), an association devoted to the protection of consumers. She is also a member of the Pennsylvania Bar Association and the Lackawanna County Bar Association.

34.    Since she became an attorney, Attorney Sabatini's practice has been limited almost exclusively to matters involving consumer protection statutes or the bankruptcy code. During this time, she has represented consumers in hundreds of actions.

35.    Her current rate is $325.00 per hour.

36.    I believe that the rate at which I billed her services is commensurate

with the rates in the community for attorneys of similar experience and skill levels.

37.    This rate is consistent with the CLS Fee Schedule, which provides for

a rate of $265.00 - $335.00 for an attorney with 6 – 10 years of experience.

Rate of Brett Freeman

38.    Brett Freeman is a member in good standing of the bars of the

Supreme Court of Pennsylvania, the United States District Court for the Middle

District of Pennsylvania, and the United States District Court for the Western

District of Pennsylvania.

39.    He has been a lawyer since 2010, the year that he graduated from

Indiana University, Maurer School of Law – Bloomington in the top 20% of his

class. In 2007 he graduated from Pennsylvania State University, University Park.

40.    He has taught continuing legal education courses on the Bankruptcy

Code.

41.    Attorney Freeman is a member of the National Association of

Consumer Advocates (NACA), an association devoted to the protection of

consumers. He is also a member of the Pennsylvania Bar Association, the

Lackawanna County Bar Association, and the Middle District Bankruptcy Bar Association.

42.    Since he became an attorney, Attorney Freeman's practice has been limited almost exclusively to matters involving consumer protection statutes or the bankruptcy code. During this time, Attorney Freeman has represented consumers in hundreds of actions.

43.    I believe that the rate at which I billed his services is commensurate with the rates in the community for attorneys of similar experience and skill levels.

44.    On October 5, 2015, Judge Caputo approved the 2015 rate of $250.00 per hour in *Richards v. Client Services, Inc.*, 2015 WL 5836274, *3 (M.D. Pa. October 5, 2015)(also see the court docket Doc. 28, page 21 where the hourly rate sought was $250.00).

45.    On March 6, 2015 Bankruptcy Judge Robert N. Opel, II approved an application for fees for bankruptcy services performed in In re Richmond, 5:14-bk-02225-RNO, Doc. 52 and 55. The application included time for 2014 charged at the rate of $240.00 per hour and time for 2015 at the current rate of $250.00 per hour.

46.    His 2013 rate of $225.00 per hour was implicitly approved by Bankruptcy Judge Robert Opel, II and Bankruptcy Judge John J. Thomas in the approval orders referenced in ¶¶ a and b above. In those orders, the courts

approved rates for services rendered by Sabatini Law Firm, LLC at the rates ranging from $315 - $225 per hour. Attorney Freeman was the attorney with the least experience in the firm and was billed at the lowest rate: $225 per hour. Those orders thus approved his rate at that amount.

<u>Paralegal Rates</u>

47.    Paralegal time was charged at $125.00 per hour. This rate is consistent with the CLS Fee Schedule, which provides for a rate of $115.00 - $140.00 for a paralegal, or $140.00 - $165.00 for a senior or supervisory paralegal.

*Time Spent in this Matter*

48.    It is my firm's practice to maintain time records using standard time-billing software known as "Prolaw." Attached hereto as Exhibit 2 is a Prolaw report of the time entries made by me and employees of my firm. The entries on this report accurately reflect time spent by the firm in prosecution of this action.

49.    The hours spent are fair and reasonable and were necessarily incurred in the prosecution of this action. I have discounted certain time entries in the exercise of billing discretion. This discount is reflected as a reduction of $1,570.00 on page 9 of the attached itemized statement.

50.    I have also applied an additional discount of 20%. This discount has been applied in an effort to avoid disputes over minor entries.

51.   I then added the $165.05 of costs that are itemized on page 9 of the attached fee statement.

52.   Thus, the total amount sought was calculated as follows:

|  |  |
|---|---|
| "Sub-total Fees", p. 9 | $19,015.00 |
| Initial billing judgment reflected on statement, p. 9 | -$1,570.00 |
|  | ======== |
| Initial net | $17,445.00 |
| Less additional 20% discount | -$3,489.00 |
|  | ======== |
|  | $13,956.00 |
| "Expenses", p. 9 | $165.05 |
|  | ======== |
| Total | $14,121.05 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2016                    s/ Carlo Sabatini
                                                Carlo Sabatini

EXHIBIT 1

Site Tools　　　　　　　Search Site

Home　　　　About CLS　　　　News + Events　　　　Contact Us　　　　Español

LEARN ABOUT ISSUES　　　　　GET HELP　　　　　MAKE A GIFT

About CLS  / Attorney Fees



- Overview
- History
- Our Impact
  - ‣ Successes
  - ‣ Employment Opportunities
- Attorney Fees
- Annual Reports
- Board of Trustees
- Leadership Council
  - ‣ Staff
- CLS at 50

# Attorney Fees

### Explanatory Notice to the Public

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective September 12, 2014

| Attorneys post-law school experience under 2 years | $180-200 |
|---|---|
| Attorneys 2-5 year's experience | $200-250 |
| Attorneys 6-10 year's experience | $265-335 |
| Attorneys 11-15 year's experience | $350-420 |
| Attorneys 16-20 year's experience | $435-505 |
| Attorneys 21-25 year's experience | $520-590 |
| Attorneys more than 25 year's experience | $600-650 |
| Law Students | $90-145 |
| Paralegal I and II | $115-140 |
| Senior and Supervisory Paralegal | $140-165 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

© 2016 Community Legal Services of Philadelphia　　　　Career Opportunities　|　Legal Disclaimer　　　　Connect with us:

Center City Office: 1424 Chestnut Street, Philadelphia, PA 19102　　　　North Philadelphia Office: 1410 W. Erie Avenue, Philadelphia, PA 19140

EXHIBIT 2

Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

**Statement of Time Spent, Fees, and Costs - REDACTED**

Statement as of February 8, 2016

Statement No. 0

Scott Romeo
153 Manor Drive
Shavertown, PA 18708

Our File Number:  2916-011

| Date | Description of Events | | Rate | Hours | Amount | Discount |
|------|----------------------|---|------|-------|--------|----------|
| 9/25/2015 | Email to client with questions regarding, inter alia, nature of debt that SIMM was attempting to collect. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 9/25/2015 | Romeo v SIMM- Email to CS with information on prior settlements that Romeo was involved in; drafted memo analyzing due diligence aspects of claim. | SMD | 125.00 | 0.70 | 87.50 | 0.00 |
| 9/25/2015 | Receive and review email from client with responses to my questions. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 9/25/2015 | Reviewed SD's due diligence memo. | KS | 325.00 | 0.50 | 162.50 | 0.00 |
| 9/25/2015 | Drafted Romeo v. Simm complaint. | KS | 325.00 | 0.50 | 162.50 | 0.00 |
| 9/25/2015 | Review prior lawsuits that client was involved in. Confirmed that prior releases did not release any claim against SIMM Associates. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 9/25/2015 | Email to SD confirming that prior releases do not affect claim against SIMM. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/6/2015 | Open File (Non-Bankruptcy). Email complaint to CS for approval. | SMD | 125.00 | 0.20 | 25.00 | 0.00 |
| 10/6/2015 | FDCPA Retainer. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 10/6/2015 | Email to SD and KS with time frame for filing case in light of upcoming statute of limitations. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/6/2015 | Review complaint. No additional modifications needed. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/6/2015 | Review and approve retainer. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/7/2015 | Sign complaint. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/7/2015 | E-file complaint. | SMD | 125.00 | 0.30 | 37.50 | 0.00 |
| 10/8/2015 | Receive and review Signed Retainer Agreement. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 10/8/2015 | Reviewed file. | KS | 325.00 | 0.20 | 65.00 | 0.00 |
| 10/8/2015 | Drafted meet & confer letter. | KS | 325.00 | 0.20 | 65.00 | 0.00 |
| 10/8/2015 | Drafted combined discovery requests. | KS | 325.00 | 0.50 | 162.50 | 0.00 |
| 10/8/2015 | Drafted proposed settlement agreement. | KS | 325.00 | 0.10 | 32.50 | 0.00 |

**Sabatini Law Firm, LLC**                                                                     Page: 2

| 10/8/2015 | Review documents, add and calendar deposition date, secure documents, update tickler reminder date, prepare documents for mailing of initial service. | SMD | 125.00 | 0.40 | 50.00 | 0.00 |
|---|---|---|---|---|---|---|
| 10/8/2015 | Review and sign letter, Settlement Offer, Deposition Notice & Combined Discovery. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/9/2015 | Receive, review, and respond to email from client regarding status of fling of suit and what to expect next. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 10/16/2015 | Receive and review Signed and dated green card. Update tickler w/ answer due date. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 10/28/2015 | Review message from Rick Perr. Review file. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 10/28/2015 | Receive and review email from Perr advising that his office represents Simm Associates. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/3/2015 | Receive and review email from Perr advising that the account number is not in the barcode. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/3/2015 | Verified that account number actually is in the barcode. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/7/2015 | Receive, review, and respond to email from Scott regarding status of his case. | SMD | 125.00 | 0.10 | 12.50 | 0.00 |
| 11/10/2015 | Review file. Review notes, dictation, initial paperwork for time-sensitive issues. | KMS | 125.00 | 0.10 | 12.50 | 0.00 |
| 11/10/2015 | Receive and review email from Perr's legal assistant attaching offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/13/2015 | Receive and review electronic notice of filing: Notice of Removal. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/16/2015 | Receive and review Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/16/2015 | Conference with BF regarding Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/16/2015 | Conference with CS regarding Offer of Judgment. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 11/16/2015 | Investigating whether worthwhile to amend complaint to assert a class-wide claim. | LG | 200.00 | 0.70 | 140.00 | -140.00 |
| 11/16/2015 | Receive and review Notice of Removal. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/16/2015 | Receive and review electronic notice of filing: Case assigned to Judge Conaboy. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/17/2015 | Continue investigation. | LG | 200.00 | 2.10 | 420.00 | -420.00 |
| 11/17/2015 | Receive and review email from LG regarding class action investigation. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 11/20/2015 | Receive and review electronic notice of filing: Scheduling Order. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/24/2015 | Review and sign letter to client regarding the Case Management Conference for the SIMM Associates matter. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/25/2015 | Draft attorney representation agreement & statement of client's duties as class representative. Discount because pro-rated with other class action. | CS | 375.00 | 0.80 | 300.00 | -300.00 |

**Sabatini Law Firm, LLC**

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 11/25/2015 | Receive and review electronic notice of filing: MOTION to Dismiss for Lack of Jurisdiction or in the Alternative Motion to Stay This Case. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/27/2015 | Email to BF with instructions regarding brief opposing MTD. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 11/30/2015 | Receive, review, and respond to email from BF. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/2/2015 | Email to Perr regarding joint case management plan. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/2/2015 | Receive and review email from Perr that he won't participate in preparation of Joint Case Management Plan. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/2/2015 | Draft status report and case management plan. | CS | 375.00 | 0.40 | 150.00 | 0.00 |
| 12/2/2015 | Receive and review email from Perr. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Research for brief opposing Defendant's motion to dismiss. | BF | 275.00 | 1.40 | 385.00 | 0.00 |
| 12/3/2015 | Draft brief. | BF | 275.00 | 0.90 | 247.50 | 0.00 |
| 12/3/2015 | Call with BF regarding Rule 68. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Conference with BF regarding strategy. | CS | 375.00 | 0.40 | 150.00 | 0.00 |
| 12/3/2015 | Receive and review email from Macklin attaching 2nd Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Draft email to Perr regarding Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Receive, review, and respond to email from BF regarding caselaw as to what an offer of judgment must contain to preserve right to obtain fees. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Receive and review email from BF regarding modification to offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Conference with BF regarding modifications to offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Draft email to Perr regarding modifications to offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Draft email to BF regarding no fees with no admission of liability,. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Receive and review email from Perr advising that my modifications are acceptable. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/3/2015 | Receive, review, and respond to email from BF regarding Class Relation research. | CS | 375.00 | 0.10 | 37.50 | -37.50 |
| 12/3/2015 | Draft email to BF regarding motions. | CS | 375.00 | 0.10 | 37.50 | -37.50 |
| 12/4/2015 | Review file. Call to client regarding Offer of Judgment. Leave message. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/4/2015 | Call from client regarding 2nd offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/4/2015 | Email to client with offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/4/2015 | Receive and review email from client agreeing to accept an appropriate offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Receive, review, and respond to email from KS asking if she | CS | 375.00 | 0.10 | 37.50 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | should proceed with case. |  |  |  |  |  |
| 12/7/2015 | Receive and review electronic notice of filing: NOTICE of Appearance by Deirdre M Richards. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Receive, review, and respond to email from Richards regarding appearance at conference on Wednesday. Rick and I had agreed on language that would be acceptable for a new offer of judgment. Ask if she intends to serve one? If so, then it would make sense to have that done as soon as possible so that it can be accepted and the Wednesday conference canceled before the Court's staff does any further unnecessary preparation. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Receive and review email from Richards regarding her appearance at case management conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Receive and review email from Perr with Third Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Compare offer to previous offer. It still contains almost all of the additional conditions that he had agreed to eliminate. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Email to Perr asking whether he would tender a revised offer without the extraneous provisions. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/7/2015 | Receive and review automatic reply email from Perr stating that he is out of the office. | CS | 375.00 | 0.10 | 37.50 | -37.50 |
| 12/8/2015 | Receive and review email from Macklin attaching Perr's Fourth Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Prepare for case management conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Telephonic case management conference with court. Tell Judge within 1 week if case settles. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Call to client. Case Management Conference Conference is over. Send him most recent Offer of Judgment for him to review. Client will call me after he reviews it. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Call from client. Ask him to reply back to my email. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Receive and review Perr sent Third Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/9/2015 | Receive and review email from client accepting offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/10/2015 | Receive and review Perr sent Fourth Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/14/2015 | Call from client regarding settlement. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/14/2015 | Receive and review email from Richards regarding settlement. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/14/2015 | Email to Richards advising her that Plaintiff accepts the offer of judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/15/2015 | Formal acceptance of Fourth Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/15/2015 | Call to Judge Conaboy advising of status report. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/15/2015 | Email to Richards asking her to call me. | CS | 375.00 | 0.10 | 37.50 | 0.00 |

**Sabatini Law Firm, LLC**                                                                                    Page: 5

| Date | Description | | | | | |
|------|-------------|--|--|--|--|--|
| 12/15/2015 | Review and sign letter to Richard Perr enclosing Plaintiff's acceptance of Defendant's Fourth Offer of Judgment. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/15/2015 | Call from Richards to discuss status report. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Review bill, write down time entries. Delete confidential portions of time entries. | CS | 375.00 | 0.30 | 112.50 | 0.00 |
| 12/16/2015 | Email to Richards with bill. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Estimated other time to wrap up case. | CS | 375.00 | 1.00 | 375.00 | 0.00 |
| 12/16/2015 | Receive, review, and respond to email from Richards advising that Defendant will offer $2,000. Ask if she can identify the specific parts of the bill that Defendant is objecting to. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Receive and review email from Richards asking what the court said about 60 days. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Email to Richards asking what time she is available to call the court. Suggesting that it makes sense to solve the fee issue if possible before we call the court. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Receive, review, and respond to email from Richards asking me what the court said on the phone yesterday. Tell her that the judge's clerk asked if he could enter a 60-day order. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Call from Richards to discuss status of case. Also discuss fees. Conference Judge Conaboy. He advised that he would like us to call him back in 1 week with a status update. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/16/2015 | Receive and review email from Richards advising that the fees are not resolved. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/22/2015 | Review and sign letter to client regarding rate change. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/22/2015 | Receive and review email from Richards and initial review of her markup of the fees. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/22/2015 | Modify bill with Richards' edits as per CS's instruction. | KMS | 125.00 | 0.10 | 12.50 | 0.00 |
| 12/22/2015 | Review KMS's changes to bill. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/22/2015 | Email to Richards regarding her initial markup of the fees. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 12/22/2015 | Receive and review email from Richards advising that this a take it or leave it offer. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/23/2015 | Call to client regarding their settlement offer. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/23/2015 | Call from client. He rejected the offer. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/23/2015 | Call to Richards to tell her we are not going to accept the offer. Conference Charlie in Judge Conaboy's Chambers to discuss mediating fees. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 12/23/2015 | Call from Richards regarding mediating fees. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/23/2015 | Receive and review email from Richards advising that they are happy to mediate without waiving the obligation to go to a fee petition if we cannot agree. | CS | 375.00 | 0.10 | 37.50 | 0.00 |

**Sabatini Law Firm, LLC**

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 12/23/2015 | Receive and review email from Richards advising that Defendant is not doing binding mediation. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/28/2015 | Receive, review, and respond to email from Richards regarding my availability to call the court today for a status report. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/28/2015 | Call from Richards regarding call to Judge Conaboy. She will call back at 1:10 & we will conference the court. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/28/2015 | Call from Richards. Conference with Charlie from Judge Conaboy's chambers regarding status report. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/28/2015 | Email to Richards regarding approval for letter to Judge Conaboy. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 12/29/2015 | Email to Deirdre again asking her to approve the letter to be submitted on the docket requesting a referral to mediation. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/30/2015 | Receive, review, and respond to email from Richards advising that they do not accept binding mediation and that the letter to the Court should make that clear. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 12/30/2015 | Receive, review, and respond to email from Richards advising that the letter should say that this serves as Plaintiff's and Defendant's joint letter as requested by the law clerk. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/5/2016 | Email to Richards advising that we should file something with the Court. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/5/2016 | Receive, review, and respond to email from client regarding a case update. The lawyer on the other side and I have agreed to go to a settlement conference before a judge regarding the amount of the fees. We are trying to get that scheduled. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/8/2016 | Receive and review order referring case for settlement to Magistrate Judge Joseph Saporito. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/11/2016 | Work on letter to Richards. Letter not sent. | CS | 375.00 | 0.20 | 75.00 | -75.00 |
| 1/11/2016 | Receive and review electronic notice of filing: Scheduling order for settlement conference. | CS | 375.00 | 0.10 | 37.50 | -37.50 |
| 1/11/2016 | Email to BF regarding brief. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/11/2016 | Draft affidavit in support of hourly rate. | CS | 375.00 | 0.90 | 337.50 | 0.00 |
| 1/11/2016 | Email to BF regarding hourly rates and fee affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/11/2016 | Receive and review interoffice communication from CS regarding the mediation memo. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 1/11/2016 | Review and comment on letter to Richards. | BF | 275.00 | 0.30 | 82.50 | -82.50 |
| 1/11/2016 | Receive, review, and respond to email from BF regarding modifications to fee affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/12/2016 | Receive and review email from KMS regarding settlement conference. Conference with KMS regarding letter to client regarding settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |

**Sabatini Law Firm, LLC**                                                                          Page: 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/12/2016 | Review and sign case management conference letter to client. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/14/2016 | Receive, review, and respond to email from KMS regarding settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/18/2016 | Draft mediation memo. | BF | 275.00 | 1.80 | 495.00 | 0.00 |
| 1/19/2016 | Continue drafting mediation memo. | BF | 275.00 | 1.10 | 302.50 | 0.00 |
| 1/19/2016 | Modifications to mediation memo. | CS | 375.00 | 2.50 | 937.50 | 0.00 |
| 1/20/2016 | Receive, review, and respond to email from client regarding settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/20/2016 | Receive and review email from client regarding phone number he can be reached at during settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/21/2016 | Receive and review order rescheduling settlement conference to 1/26 at 10:00 AM. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/21/2016 | Call to opposing counsel. Call with opposing counsel to Judge Caputo's chambers and then to Judge Saporito's chambers. Hearing rescheduled to same date but at 1:00 PM. | CS | 375.00 | 0.40 | 150.00 | 0.00 |
| 1/21/2016 | Receive and review order rescheduling settlement conference to 1/26 at 1:00 PM. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/22/2016 | Receive, review, and respond to email from KMS regarding rescheduled settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/24/2016 | Estimated time to prepare for settlement conference. | CS | 375.00 | 1.00 | 375.00 | 0.00 |
| 1/24/2016 | Estimated time to travel to settlement conference. **(On the first bill that Plaintiff provided to Defendant for negotiation purposes, this time entry was discounted by 50% to reflect the discount normally alloted for travel time. However, after that bill was generated, Plaintiff's counsel was subpoenaed to provide testimony before Judge Caputo in an unrelated matter. That matter was held on the same day as the settlement conference. Because Plaintiff was under a legal obligation to travel pursuant to the subpoena, the time is discounted here 100%.). | CS | 375.00 | 0.50 | 187.50 | -187.50 |
| 1/24/2016 | Attend settlement conference with Magistrate Judge Saporito. | CS | 375.00 | 3.00 | 1,125.00 | 0.00 |
| 1/24/2016 | Estimated travel from settlement conference. ** (See previous travel entry on same date. That explanation applies here as well.). | CS | 375.00 | 0.50 | 187.50 | -187.50 |
| 1/25/2016 | Supplemental letter to Judge Saporito. | CS | 375.00 | 0.40 | 150.00 | 0.00 |
| 1/26/2016 | Receive, review, and respond to email from Perr regarding settlement  discussion. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/27/2016 | Receive and review email from client reagrding update on case after settlement conference. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 1/28/2016 | Receive and review Order the Court having been informed | CS | 375.00 | 0.10 | 37.50 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | that efforts to resolve the remaining issues in this case have proven unsuccessful. | | | | | |
| 2/3/2016 | Conference with BF regarding fee application. | CS | 375.00 | 1.00 | 375.00 | 0.00 |
| 2/3/2016 | Conference with CS regarding fee petition. | BF | 275.00 | 0.90 | 247.50 | 0.00 |
| 2/3/2016 | Call to Perr. Leave message. Email to Perr regarding returning my call. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/3/2016 | Draft email to co-counsel. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 2/3/2016 | Receive, review, and respond to email from Perr regarding calling me tomorrow. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/3/2016 | Receive and review email from co-counsel to opposing counsel regarding the fee petition. | BF | 275.00 | 0.10 | 27.50 | -27.50 |
| 2/4/2016 | Receive, review, and respond to email from Perr regarding availability for call. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/4/2016 | Call with Rick Perr. | CS | 375.00 | 0.20 | 75.00 | 0.00 |
| 2/4/2016 | Research number of FDCPA opinions REDACTED. Conference with BF. | CS | 375.00 | 1.70 | 637.50 | 0.00 |
| 2/4/2016 | Research for brief. | BF | 275.00 | 2.10 | 577.50 | 0.00 |
| 2/5/2016 | Edits to brief with BF. | CS | 375.00 | 0.80 | 300.00 | 0.00 |
| 2/5/2016 | Draft brief in support of motion for fees and costs. | BF | 275.00 | 9.20 | 2,530.00 | 0.00 |
| 2/5/2016 | Modifications to fee application with BF. | CS | 375.00 | 0.90 | 337.50 | 0.00 |
| 2/5/2016 | Calls with 5 attorneys regarding affidavits in support of fee application. Prepare affidavits. Email to attorneys regarding affidavits. | CS | 375.00 | 1.00 | 375.00 | 0.00 |
| 2/5/2016 | Receive, review, and respond to email from BF regarding Laffey Matrix. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/5/2016 | Receive, review, and respond to email from Jason Rapa regarding affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/7/2016 | Receive, review, and respond to various emails from CS regarding affidavits and strategy. | BF | 275.00 | 0.20 | 55.00 | 0.00 |
| 2/8/2016 | Receive and review affidavit of Peter Rizzo. Draft email to CS regarding affidavit. | BF | 275.00 | 0.30 | 82.50 | 0.00 |
| 2/8/2016 | Call with Rizzo regarding affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Continue drafting brief. | BF | 275.00 | 2.70 | 742.50 | 0.00 |
| 2/8/2016 | Draft fee petition motion. | BF | 275.00 | 0.30 | 82.50 | 0.00 |
| 2/8/2016 | Conference with BF. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Draft request for entry of judgment. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 2/8/2016 | Electronically file request for entry of judgment. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 2/8/2016 | Draft entry of appearance. | BF | 275.00 | 0.10 | 27.50 | 0.00 |
| 2/8/2016 | Electronically file entry of appearance. | BF | 275.00 | 0.10 | 27.50 | 0.00 |

**Sabatini Law Firm, LLC**                                                                  Page:  9

| 2/8/2016 | Receive and review email from Kistler, office manager from Schwab's office regarding declaration. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Receive and review email from Sucec regarding affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Receive and review email from Matt Slocum regarding affidavit. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Receive and review Response by SIMM Associates. | CS | 375.00 | 0.10 | 37.50 | 0.00 |
| 2/8/2016 | Receive and review Defendant response to ECF 14. | BF | 275.00 | 0.20 | 55.00 | 0.00 |

Sub-total Fees: 19,015.00

Discount: -1,570.00

**Rate Summary**

| Shannon Dodge | 2.20 | Paralegal | hours at $ 125.00 /hr | 275.00 |
| Brett Freeman | 22.20 | Associate | hours at $ 275.00 /hr | 6,105.00 |
| Leonard Gryskewicz, Jr. | 2.80 | Associate | hours at $ 200.00 /hr | 560.00 |
| Carlo Sabatini | 30.40 | Partner | hours at $ 375.00 /hr | 11,400.00 |
| Kristin Sabatini | 2.00 | Associate | hours at $ 325.00 /hr | 650.00 |
| Kathleen Siemion | 0.20 | Paralegal | hours at $ 125.00 /hr | 25.00 |

Total hours: 59.80

**Expenses**

| 10/7/2015 | Filing Fee. | 156.50 |
| 10/8/2015 | Postage for letter to SIMM Associates enclosing Complaint, Settlement Offer, Douglass decision, Styer decision, Deposition Notice & Combined Discovery. | 8.55 |

Sub-total Expenses: 165.05

Total Current Billing: 17,610.05

Previous Balance Due: 0.00

**Total Now Due:** **17,610.05**